(No. 5782– ▮▮▮▮▮▮▮▮▮▮▮▮

NORTHEAST COMMUNITY HOSPITAL, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 9, 1970.*

NORTHEAST COMMUNITY HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5784– ▮▮▮▮▮▮▮▮▮▮▮▮

SHEPARD'S CITATIONS, INC., Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed July 9, 1970.*

ROY GEIBE HILL, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

On March 4, 1970, Shepard's Citations, Inc., filed a complaint against the State of Illinois in the amount of $170.00.

The record consists of the following:

1. Complaint
2. Stipulation
3. Joint motion of claimant and respondent for leave to waive the filing of briefs
4. Order of the Chief Justice granting the joint motion of claimant and respondent for leave to waive the filing of briefs